IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-005-01S |
| | ) | |
| ENOC SOTO | ) | |

GOVERNMENT'S UNOPPOSED MOTION TO AMEND THE INDICTMENT

The United States of America, through its attorneys, moves to amend the indictment to substitute "EUDY ANTONIO TEJADA-PICHARDO a/k/a Enoc Soto" for the language which reads "ENOC SOTO" any place it appears in the indictment, to include the heading.

The government, without objection of Defendant Soto's counsel, makes this motion because the government learned that Defendant Soto's true name was EUDY ANTONIO TEJADA-PICHARDO.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

____/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

On January 18, 2007, I caused the within "Government's Unopposed Motion to Amend the Indictment" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Thomas G. Briody
Attorney at Law
72 Pine Street, 1st Floor
Providence, Rhode Island 02903
Tbriodylaw@aol.com

Ms. Mary McElroy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903
mary_mcelroy@fd.org

/s/ SANDRA R. BECKNER

SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj