IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR: 07-05-01S. |
| | ) | |
| | ) | In violation of 21 U.S.C. §§ |
| EUDY ANTONIO TEJADA-PICHARDO | ) | 841(a)(1),(b)(1)(B) and 846;, |
| a/k/a Enoc Soto | ) | 18 U.S.C. §§ 2 and 924(c) |
| and | ) | |
| RICARDO MEJIA | ) | |

AMENDED INDICTMENT

The Grand Jury charges that:

COUNT I

Beginning on or about a date unknown to the grand jury and continuing until on or about December 18, 2006, in the District of Rhode Island, the defendants, EUDY ANTONIO TEJADA-PICHARDO a/k/a Enoc Soto and RICARDO MEJIA, did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute, and to possess with intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), all in violation of 21 U.S.C. § 846.

COUNT II

On or about December 18, 2006, in the District of Rhode Island, the defendants, EUDY ANTONIO TEJADA-PICHARDO a/k/a Enoc Soto and RICARDO MEJIA, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2.

COUNT III

On or about December 18, 2006, in the District of Rhode Island, the defendant, RICARDO MEJIA, in furtherance of a drug trafficking crime, did knowingly possess a firearm, to wit, a Highpoint .45 caliber pistol with an obliterated serial number, in violation of 18 U.S.C. § 924(c).

A TRUE BILL:

________________________
Grand Jury Foreperson

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Dated: 1-29-07

________________________
Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit