**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **CR. 2007-005-S-LDA**

**EUDY TEJADA-PICHARDO**
**Aka Enoc Soto and**
**RICARDO MEJIA**

**MOTION TO CONTINUE**

Now comes the defendant Eudy Tejada-Pichardo, by and through his counsel, and moves this honorable court for a continuance of this case from the February trial calendar and the calendar called presently scheduled for February 20, 2007, to March, 2007.

As grounds for this motion the defendant notes that discovery in this matter is ongoing, and includes production of recorded statements in the Spanish language. These recordings have yet to be transcribed and translated. Further, counsel for Mr. Tejada has been excused from appearances before this court during the week of February 19-23, 2007. Counsel for the government does not object to this motion. Counsel for Mr. Mejia has advised that she joins in this motion.

Mr. Tejada and Mr. Mejia acknowledge and agree that any delay resulting from the granting of this motion shall be deemed EXCLUDABE for purposes of the Speedy Trial Act.

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on January 31, 2007.

/s/Thomas G. Briody