**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **CR. 2007-005-S-LDA**

**EUDY TEJADA-PICHARDO**
**Aka Enoc Soto and**
**RICARDO MEJIA**

## JOINT MOTION TO CONTINUE

Now comes the defendant Eudy Tejada-Pichardo, by and through his counsel, and moves this honorable court for a continuance of this case from the March trial calendar to April, 2007.

As grounds for this motion the defendant notes that discovery in this matter is ongoing, and includes production of recorded statements in the Spanish language. These recordings have yet to be transcribed and translated. Further, counsel for Mr. Tejada has been excused from appearances before this court during the week of February 19-23, 2007. Counsel for the government does not object to this motion. Counsel for Mr. Mejia has advised that she joins in this motion.

Mr. Tejada and Mr. Mejia acknowledge and agree that any delay resulting from the granting of this motion shall be deemed EXCLUDABE for purposes of the Speedy Trial Act.

For all these reasons, defendants ask that this motion be granted.

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

/s/Mary McElroy
Federal Defender's Office
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
Mary_McElroy@fd.org

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on January 31, 2007.

/s/Thomas G. Briody