**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-005S** |
| | ) | |
| **EUDY ANTONIO TEJADA PICHARDO** | ) | |
| **and** | ) | |
| **RICARDO MEJIA** | | |

---

**JOINT DEFENSE MOTION TO CONTINUE**

Now come the accused, Eudy Antonio Tejada-Pichardo and Ricardo Mejia , by and through their counsel, and move this Honorable Court to continue the jury empanelment in this matter, currently scheduled for April 3, 2007, until the Court's May empanelment date. This Motion is filed in conjunction with a Motion for Enlargement of Time.

**1. Continuance of Trial**

The trial of this matter is currently scheduled for April 3, 2007. The defendants have filed a joint motion to disclose the confidential informant or informants who were working for the government in this case. The motion was filed after several written requests to the Assistant United States Attorney for disclosure of information concerning informants in this case as well as impeachment material. None of these informal defense efforts to complete discovery produced the information sought by the defense.

At a pretrial conference on March 13, 2007 the Assistant United States Attorney (AUSA) disclosed, for the first time, the name of one of the confidential informants in this case. During that conference, the AUSA indicated that she would be calling this person as a witness at trial and committed to provide additional material relating to this witness. On March 14, 2007 the AUSA disclosed to counsel for Mr. Mejia that another person involved in the case, Marie Perez, is a confidential informant for the government. Ms. Perez appears to be a "sub-informant," who assisted the United States in arranging the transaction that led to the defendants being arrested and charged. The AUSA had previously declined to provide this information to the defendants, despite written

requests, stating that the government did not intend to call Ms. Perez at trial. The AUSA also committed to providing more information on Ms. Perez. As of the filing of this motion defense counsel has received no additional information. All disclosures from the government on this issue have been informal.

Defense counsel are waiting for the information sought in their joint motion to disclose the confidential informant. Specifically;

1. The name, all known aliases and dates of birth of all informants;
2. All prior arrests of said informant or informants, and any convictions resulting from said arrests whether in Rhode Island or any other jurisdiction;
3. All payments or reimbursements made to the informant or informants for expenses while assisting in investigations;
4. All promises of consideration given to the informant or informants including promises of non-prosecution or discussions concerning non-prosecution. *See Giglio v. United States,* 405 U.S. 150 (1972);
5. Any evidence of the informant or informants' usage of or dependency on alcohol or narcotic drugs.
6. Any other promises or consideration given to other people for the benefit of the informant.

Once the government has fulfilled its obligation to provide this information, defense counsel will need time to evaluate and investigate the disclosures. Defense counsel expects that it will be necessary to file additional motions on behalf of both defendants, including suppression motions, and counsel for both defendants to seek an evidentiary hearing.

**2. Exclusion of Time under the Speedy Trial Act**

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). The exclusion of a period of 30 days in this matter will allow for more complete and thorough discovery, allow counsel for the accused to engage in a duly diligent investigation of any witnesses to the events surrounding this case, allow for the filing of additional pretrial motions as necessary, and allow for a more orderly trial. Finally, the Government and public will not be prejudiced by the delay, but will be benefited by the assurance that the criminal justice

system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

For all these reasons, defendants ask that this motion be granted.

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (fascimile)
Tbriodylaw@aol.com

/s/ Mary S. McElroy
R.I. Bar no. 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
mary_mcelroy@fd.org

**CERTIFICATION**

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on March 15, 2007.

/s/ Thomas G. Briody