UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - -

United States of America :
Plantiff :
:
vs : CR No. 07-005S
:
Eudy Antonio Tejada Pichardo :
and :
Ricardo Mejia :
Defendants :

- - - - - - - - - - - - - - - -

ORDER

After consideration of Defendants' Joint Motion to Produce Exculpatory Evidence and the government's response, it is hereby Ordered:

The government shall produce: (1) The informant's non-DEA or law enforcement related employment, if any, from 2001 to the present date [Defendants' request (5)]; (2) all known aliases of the sub-informant [Defendants' request (11)]; (3) the number or numbers and service provider of all telephones used by the sub-informant in connection with this case [Defendants' request (14)]; (4) the name and all known aliases of the specific individual on whose behalf the sub-informant provided information, as well as the specific family relationship between the sub-informant and this individual [Defendants' request (15)]; and the caption and docket number of the case for which the sub-informant provided assistance [Defendants' request (16)].

The government is not required to produce or obtain the

informant's tax returns [Defendants' request (7)].

By Order:

Karen Baldwell

Deputy Clerk

Enter:

/s/ William E. Smith
William E. Smith
US District Judge
Date: MARCH 28, 2007