**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CR 07-005S** |
| **EUDY TEJADA-PICHARDO a/k/a** | : | |
| **Enoc Soto and** | : | |
| **RICARDO MEJIA** | : | |

**GOVERNMENT'S MOTION FOR MODIFICATION**
**AND CLARIFICATION OF COURT'S DISCOVERY ORDER**

On March 28, 2007, the Court ordered the government to produce the following information in discovery:

(5) the informant's employment;

(11) aliases of the second informant;

(14) the telephone number and service provider of the second informant used in connection with this case;

(15) the name of the second informant's family member; and,

(16) the caption and docket number of the second informant's family member's case.

The government responded to requests 5 and 11 in a letter dated March 30, 2007. Because of safety concerns, the government asks that the Court modify its order with respect to request 14, and provide clarification with respect to requests 15 and 16.

**REQUEST 14**

Upon receiving the Court's March 28 order, the government learned that the second informant used a phone provided to that

individual by the U.S. Drug Enforcement Administration (DEA) to contact the defendants. It is also possible that the second informant used a personal cell phone in addition to the DEA cell phone. Both cell phone records contain a number of phone numbers unrelated to this case. Specifically, the cell phone numbers of DEA agents as well as phone numbers associated with other investigations will be listed in the call detail or toll records. Finally, as already pointed out, the subscriber records of the personal cell phone may include address information and other personal information that is dangerous to provide to the defendants.

If the phone numbers are provided to the defense then the defendants will have access to privileged information unrelated to this investigation. This will provide defendants or their associates with an opportunity to interfere with other investigations and to jeopardize the safety of agents and the second informant.

Accordingly, the government proposes that the Court modify its discovery order and permit the government to issue a subpoena pursuant to Fed. R. Cr. P. 17(c) for the phone records of the DEA phone utilized by the second informant and the second informant's personal cell phone. The government would then have the opportunity to redact any numbers unrelated to calls made by the second informant to the targets in this investigation.

The government seized two phones from Defendant Tejada-Pichardo, a Nextel, phone number 978-569-0891 and direct connect number 181*139379*12, and a Disney Phone, phone number 978-884-1962. The government also seized a Nextel from Defendant Mejia, phone number 978-420-5235 and direct connect number 180*262409*4. If the Court grants the government's motion for modification, then the government would not redact the above phone numbers from the toll records. If there are other phone numbers from any other phones on which the defendants state that they received phone calls from the informant, the government could leave those numbers unredacted as well.

**REQUESTS 15 and 16**

The sentencing of the family member of the second informant was sealed by Judge Torres. The government informed the defendants of the benefit received by the family member, but not the family member's name, so as to avoid conflicting with Judge Torres' sealing order. The government believes that by complying with this Court's order to provide the name of the family member, the case caption, and the docket number, the government risks violating Judge Torres' order sealing the sentencing in light of the information already provided. The government asks the Court for clarification on how to proceed in this matter.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000/Fax 5001
sandra.beckner@usdoj

**CERTIFICATE OF SERVICE**

On April 2, 2007, I caused the within "Government's Response to Defendants' Motion for Modification and Clarification of the Court's Discovery Order" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Law Offices of Thomas G. Briody
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903

Ms. Mary McElroy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj