IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-005S |
| | ) | |
| EUDY ANTONIO TEJADA-PICHARDO | ) | |

GOVERNMENT'S NOTICE PURSUANT TO FED. R. EVID. 404(b)

To the extent the following evidence is not intrinsic to the offenses charged, the government hereby gives notice of its intent to introduce the following evidence in the trial of United States v. Eudy Antonio Tejada-Pichardo:

On August 17, 2005, the defendant, Eudy Antonio Tejada-Pichardo, a/k/a Enoc Soto, conspired with Socretes Dominguez, Eduardo Galva, and others to distribute crack cocaine. On that day, the defendant sold $100 worth of crack cocaine within 1,000 feet of Tarbox Elementary School in Lawrence, Massachusetts.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On April 23, 2007, I caused the within "Government's Notice Pursuant to Fed.R.Evid. 404(b)" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Thomas Briody, Esquire
The Remington Building
91 Friendship Street, Third Floor
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov