**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **CR. 2007-005-S-LDA**

**EUDY TEJADA-PICHARDO**
**Aka Enoc Soto and**
**RICARDO MEJIA**

## MOTION TO CONTINUE

Now comes the defendant Eudy Tejada-Pichardo, by and through his counsel, and joins the motions of Ricardo Mejia for a continuance, and for extension of time to file pre-trial motions. As grounds, Mr. Tejada notes that he has also filed a motion to suppress, and said motion is pending before this court.

Mr. Tejada and Mr. Mejia acknowledge and agree that any delay resulting from the granting of this motion shall be deemed EXCLUDABE for purposes of the Speedy Trial Act.

For all these reasons, defendants ask that this motion be granted.

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on June 18, 2007.

/s/Thomas G. Briody