**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **CR. 2007-005-S-LDA**

**EUDY TEJADA-PICHARDO**
**Aka Enoc Soto and**
**RICARDO MEJIA**

**MOTION TO CONTINUE**

Now come the defendants, by and through their counsel, and move this honorable court for a continuance of this case from the August trial calendar, the July 31 empanelment, and the calendar call presently scheduled for July 17, 2007. Counsel further asks that all deadlines for motions and proposed voir dire be continued to the next trial calendar.

As grounds for this motion the defendants submit the following:

1. The defendants in this case have filed motions to suppress evidence, and submitted post-hearing memoranda on July 12, 2007. The government has not yet responded to the memoranda, and the court has yet to rule.
2. A decision on the suppression issues will have substantial effect on trial strategy, including but not limited to whether the defendants will seek to sever their trials. Severance may be sought because Mr. Mejia allegedly made statements against Mr. Tejada, alleging that he provided a firearm to Mr. Mejia. The statements create Bruton problems, and the defendants will need time to review the court's ruling and to consult with their clients regarding severance issues.
3. The government has asked the defendants to accept stipulations regarding drug testing and telephone records. Counsel need to meet with their clients to discuss these requests.
4. Counsel cannot have any meaningful dialogue with either client without the assistance of an interpreter. All meetings with clients have had to be coordinated with the federal court interpreter's office. Since the interpreter is

also providing services to other parties and to the judges and magistrate judges of this court, there have been delays in meeting with the clients. This is not a criticism of the court or of the interpreter's office; it is merely a reality. Counsel anticipates further delays and problems as trial preparation takes place.

5. Counsel for Mr. Tejada has had a longstanding motion hearing scheduled in the matter of State v. David Clark on August 1, 2007. Clark is a complicated white collar/computer crime matter arising from events at the Beacon Mutual Insurance Company. Counsel anticipates that witnesses will be subpoenaed to testify at this hearing, which has already been delayed several times.

6. Counsel for Mr. Mejia is court-excused for the week of August 13, 2007.

7. Mr. Tejada and Mr. Mejia acknowledge and agree that any delay resulting from the granting of this motion shall be deemed EXCLUDABE for purposes of the Speedy Trial Act.

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

/s/ Mary McElroy
Assistant Federal Defender
R.I. Bar no. 4830
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
Mary McElroy@fd.org

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on July 13, 2007.

/s/Thomas G. Briody