**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **CR. 2007-005-S-LDA**

**EUDY TEJADA-PICHARDO**
**Aka Enoc Soto and**
**RICARDO MEJIA**

**MOTION IN LIMINE SEEKING TO**
**STRIKE ALIAS AND PRECLUDE REFERENCE TO**
**DEFENDANT'S IMMIGRATION STATUS**

Now comes the defendant, by and through counsel, and moves this honorable court to strike the term "A/k/a Enoc Soto" from the indictment, and to order the prosecutor and all government witnesses to refrain from identifying defendant by the name "Enoc Soto" during the trial of this case, and further to refrain from making any remarks or offering any testimony pertaining to Mr. Tejada's immigration status. Counsel further asks that this court identify him by his true name- Eudy Tejada Pichardo—at the time of jury empanelment. Such remarks are irrelevant, unfairly prejudicial and inflammatory. Mr. Tejada relies on the accompanying memorandum in support of this motion.

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on August 2 , 2007.

/s/Thomas G. Briody

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **CR. 2007-005-S-LDA**

**EUDY TEJADA-PICHARDO**
**Aka Enoc Soto and**
**RICARDO MEJIA**

**MEMORANDUM IN SUPPORT OF**
**MOTION IN LIMINE SEEKING TO**
**STRIKE ALIAS AND PRECLUDE REFERENCE TO**
**DEFENDANT'S IMMIGRATION STATUS**

On December 18, 2006, Eudy Tejada was arrested under the name "Enoc Soto." Federal authorities later obtained an indictment of Mr. Tejada under the name Enoc Soto in the matter captioned above. Mr. Tejada disclosed his identity to his court-appointed counsel near the time of his arraignment.[1] Counsel notified the court and the United States Attorney, and the caption of the indictment was amended to reflect Mr. Tejada's true name.

Mr. Tejada is an undocumented immigrant to the United States. He has no criminal convictions under the name Enoc Soto or under his birth name. There is no dispute as to Mr. Tejada's identity, nor is there any evidence that Mr. Tejada used a false name in order to assist in the criminal conduct alleged in the indictment. There is no evidence that the United States was even aware that Mr. Tejada was using an assumed

---

[1] The relatively sudden disclosure of the defendant's identity initially caused some confusion at arraignment.

name before it was brought to the government's attention by defense counsel. Mr. Tejada appears to have used the name Soto because he wished to remain in the United States.[2]

The use of an alias is permitted for the purpose of identifying a defendant or to connect a defendant to the acts charged. United States v. Candelaria-Silva, 166 F.3d 19, 33 (1st Cir. 1999). This practice is discouraged where the alias is irrelevant. United States v. McFarlane, No. 06-1779 (1st Cir. 07/12/2007). Here, there is no dispute as to Mr. Tejada's identity. The government alleges that Mr. Tejada is the person arrested on December 18, 2006, and Mr. Tejada does not deny this fact. In these circumstances, Mr. Tejada's alias is irrelevant, and carries with it the potential for unfair prejudice.

Similarly, the defendant asks that this court bar any reference to his immigration status. The First Circuit recognizes, and the United States has conceded in a recent case that a defendant's illegal immigration status carries with it the potential for prejudice. United States v. Diaz, No. 05-1990 (1st Cir. 7/19/2007), citing United States v. Amaya-Manzanares, 377 F.3d 39 (1st Cir. 2004). We live in an age where intense animosity exists toward people who are found in the United States without legal authorization. Here, where Mr. Tejada's immigration status has nothing to do with the charges, the potential for unfair prejudice is great.

For these reasons, the defendant asks that this motion be granted, and for the court to order the following:

1. That the phrase "a/k/a Enoc Soto" be removed from the indictment, and that this phrase not be used when the indictment is read to the jury;

---

[2] Mr. Tejada used the name Soto because he was given identity papers with that name. The Soto papers apparently reflect that he was born in Puerto Rico.

2. That a redacted copy of the indictment be produced to the jury without the phrase a/k/a Enoc Soto;

3. That the government and its witnesses not be permitted to make reference to the defendant as Enoc Soto during the trial of this case.

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on August 2 , 2007.

/s/Thomas G. Briody