**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **CR. 2007-005-S-LDA**

**EUDY TEJADA-PICHARDO**
**Aka Enoc Soto and**

**RICARDO MEJIA**

**JOINT MOTION TO CONTINUE**

Now come the defendants Eudy Tejada-Pichardo and Ricardo Mejia, by and through their counsel, and move for a continuance of the trial in this matter, said trial presently being scheduled to begin in September. As grounds for this motion, Mr. Tejada avers and states the following:

1. This matter involves the use of several tape recordings obtained by the government; the recordings last approximately 12 minutes.
2. The government produced copies of these recordings early in the discovery process, but did not provide transcripts to defendant Tejada until August 8, 2007;
3. The government appears to have produced transcripts to defendant Mejia at an earlier date, but these transcripts were not provided to Mr. Tejada;
4. The recordings and transcripts are of alleged conversations between the informant and Mr. Tejada;
5. Mr. Mejia's voice does not appear to be recorded, but he is charged along with Mr. Tejada with conspiracy;

6. On August 13, counsel for Mr. Tejada met with a certified federal court interpreter to review the recordings and government transcriptions;

7. After reviewing the recordings for several minutes, the interpreter indicated that the transcripts produced by the government are "inadequate" and "incomplete[.]";

8. The interpreter noted several instances where statements allegedly made by the informants and Mr. Tejada appear in the recording but are not transcribed;

9. According to the interpreter, it appears that the female informant participated in the recorded conversations to a larger extent than is set forth in the government's transcripts;

10. The interpreter indicated that she did not believe that she could complete the translation, and noted her belief that an interpreter/translator better versed in Caribbean-style Spanish dialects would have greater success at producing an accurate translation;

11. An accurate recording of all statements made by the informants and by the defendant, to the extent that they exist, are essential to a just determination of the merits of this case and are necessary for an adequate defense; this is particularly true where defendant Tejada has raised the affirmative defense of entrapment;

12. Defendants are actively seeking the assistance of an interpreter/translator who can assist in preparation of accurate transcripts;

13. Without accurate transcripts, defendants are unable to prepare adequate trial memoranda, and are unable to complete pre-trial motions;

14. Defendants acknowledge and agree that any delay resulting from the granting of this motion shall be deemed EXCLUDABE for purposes of the Speedy Trial Act.

For all these reasons, defendants ask that this motion be granted, and this matter continued to the October trial calendar.

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

s/ Mary S. McElroy
R.I. Bar no. 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
mary_mcelroy@fd.org

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on August 13, 2007.

/s/Thomas G. Briody