**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.s.** **CR07-005-S**

**EUDY ANTONIO TEJADA-PICHARDO**
**and**
**RICARDO MEJIA**

# JOINT DEFENSE MOTION TO UNSEAL

Now come the defendants Eudy Antonio Tejada-Pichardo and Ricardo Mejia by and through their counsel and move to unseal the Pre Sentence Report filed in the case of CR02-21-01-L.[1]

With respect to the Pre Sentence Report the defendants seek to unseal the portions of the report that contain impeachment material. Specifically defendants seek unsealing of the parts of the Pre Sentence Report that contain information about the informant's, identified by the government as "Jose", drug use.

In the alternative defendants request that the court view this document in camera and determine if it contains any information which may be exculpatory or relevant to impeachment of "Jose." Attached to this motion are portions of a transcript in United States v. Olivo, CR No. 06-69T wherein "Jose" denied ever using controlled substances. See attached at page 45.

The government, through their prosecution of "Jose", is already in possession of this document.

---

[1] Defense counsel have omitted the specific case caption to avoid placing the identity of the male informant known as "Jose" on the record. Given the fact that this informant has testified in open court and been identified as an informant in the case of United States v. Olivo, CR No. 06-69T, defense counsel ask that this court to reconsider its position that the informants's name not be mentioned.

Eudy Antonio Tejada-Pichardo
By his Attorney,

/s/Thomas G. Briody, 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (fascimile)
Tbriodylaw@aol.com

Ricardo Mejia
By his Attorney,

/s/Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401)528-4281
mary_mcelroy@fd.org

**CERTIFICATION**

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on August 14, 2007.

/s/ Mary S. McElroy