IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * * * | CR NO. 06-69T |
| UNITED STATES OF AMERICA * | |
| * | OCTOBER 18, 2006 |
| VS. * | 10:07 A.M. |
| ROBERTO E. OLIVO * | |
| * * * * * * * * * * * * * * * * | PROVIDENCE, RI |

BEFORE THE HONORABLE ERNEST C. TORRES,

CHIEF JUDGE

(Excerpt From Jury Trial)

FOR THE GOVERNMENT:

SANDRA BECKNER, AUSA
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903

FOR THE DEFENDANT:

JOHN M. CICILLINE, ESQ.
381 Atwells Avenue
Providence, RI 02909

Court Reporter: Debra D. Lajoie, RPR, FCRR, CRI

Proceeding reported and produced by computer-aided stenography

Q. And what type of drugs have you dealt, sir?
A. Heroin, cocaine. That's about it.
Q. And have you ever used any drugs?
A. No.
Q. Now, sir, as a result of your Federal conviction in-- were you-- well, first of all, for that Federal case that you had, were you arrested in 2001?
A. Yes.
Q. And were you actually, like, sentenced in 2002?
A. Yes.
Q. Now, did you begin cooperating with the Government in that case?
A. Yes.
Q. And, as a result, you got a lesser sentence, didn't you--
A. Yes.
Q. -- or at least the Government asked the Court to give you a lesser sentence?
A. Yes.
Q. And what happened after that case was completed, sir?
A. I served my time, and then I got deported.
Q. And back to the Dominican Republic?
A. Back to the Dominican Republic.
Q. How is it that you came back to the United States?
A. Through the DEA.