IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
vs. ) Cr. No. 07-005S
EUDY ANTONIO TEJADA-PICHARDO a/k/a Enoc Soto and RICARDO MEJIA )

GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America requests the following voir dire questions in the above-captioned case:

1. Has anyone ever been arrested or convicted of a crime, or ever had a family member or close friend who has been arrested or convicted of a crime?

2. Has anyone ever had a problem with drugs, or ever had a family member or close friend that has had a problem with drugs?

3. Is there anyone who does not believe the government should be able to regulate the sale and use of controlled substances?

4. You will hear that the government used informants during the investigation of this case. Is there anyone who believes the

government should not be able to use informants during narcotics investigations?

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On August 24, 2007, I caused the within "Government's Requested Voir Dire Questions" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Law Offices of Thomas G. Briody
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903

Ms. Mary McElroy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov