**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR 07-005S** |
| | : | |
| **EUDY TEJADA-PICHARDO a/k/a** | : | |
| **Enoc Soto** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE**

Although the government does not object to the defendant's motion for continuance, the government does disagree with the defendant's characterization of the contents of the recorded conversations and the defendant's characterization of the circumstances surrounding their disclosure.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

On September 19, 2007, I caused the within "Government's Response to Defendants' Motion to Continue" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Thomas G. Briody, Esquire
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903

Mary McElroy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov