**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **CR. 2007-005-S-LDA**

**EUDY TEJADA-PICHARDO**
**Aka Enoc Soto and**
**RICARDO MEJIA**

**UNOPPOSED MOTION TO CONTINUE**

Now comes the defendant, Eudy Tejada, by and through counsel, and moves this honorable court to continue proceedings in this case, presently scheduled for empanelment on October 30, and for calendar call, to the December trial calendar. The government does not object to this motion.

As grounds for this motion, counsel avers and states as follows:

1. Mr. Tejada recently filed a Motion for Production of Exculpatory Evidence;
2. The government has provided the defendant with some materials in response to this motion.
3. The undersigned counsel has also received a "Response in Oppostion" this morning to the aforementioned Motion for Production of Exculpatory Evidence;
4. Counsel has not had time to review said Response;
5. The undersigned counsel anticipates filing additional motions in this matter;
6. It is in the interests of justice to be sure that Mr. Tejada has a full and fair opportunity to investigate this new information;
7. For these reasons, this motion should be granted. Counsel for Mr. Tejada acknowledges that the time incurred by this request for continuance is excludable for purposes of the Speedy Trial Act.

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on October 15, 2007.

/s/Thomas G. Briody