AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Tejada-Pichardo, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR 07-005-01 & 02 S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Govt AUSA A. Beckner | G. West, T. Purdy |
| ✗ TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11.1.07 | Anne Clayton | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | A | 11.1.07 | X | ✓ | telephone logs / records |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

✗ Hearing on motions for exculpatory evidence