**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Vs.** **Cr. No. 07-05S**

**Eudy Tejada-Pichardo**
**And**
**Ricardo Mejia**

**MOTION TO JOIN**
**OR COMPEL PRODUCTION**
**OF CELLULAR TELEPHONE RECORDS OF**
**LISA TORRES**

Now comes the defendant, Eudy Tejada, by and through counsel, and moves this honorable court to permit him to join any request made by codefendant Mejia for the production of cellular telephone records or invoices of Lisa Torres for the period covering December, 2006. Mr. Tejada submits that this motion is in the interests of justice and the defendant's right to a fair trial.

To the extent that the United States is not in possession of these records, the defendant moves for production of Ms. Torres's cellular telephone service provider, and for issuance of a subpoena duces tecum to that provider for the telephone records or invoices referenced above.

EUDY TEJADA-PICHARDO
By his attorney,

/s/ Thomas G. Briody
R.I. Bar no. 4427
Law Offices of Thomas G. Briody
91 Friendship Street
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)

CERTIFICATION

The undersigned certifies that this motion has been delivered via the ECF system on this 30th of November, 2007.

/s/ Thomas G. Briody