FILED
DEC 06 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 07-005-S |
| | ) | |
| EUDY TEJADA-PICHARDO | ) | |
| RICARDO MEJIA | ) | |

MOTION BY LISA TORRES TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, TO IMPOUND SUBPOENAED TELEPHONE RECORDS

Now comes Lisa Torres and moves to quash a subpoena that reportedly has been issued for certain telephone records relating to her. Since the subpoena may already have been served, Ms. Torres moves, in the alternative, that any records produced pursuant to the subpoena be impounded by the Court pending a hearing at which Ms. Torres' interests can be represented and that no party be provided access to them - if at all - until after such a hearing.

Undersigned counsel - who currently is in Hong Kong for a prisoner transfer hearing - first learned of the subpoenas at 8 a.m. on the morning of December 6, 2007, Hong Kong time, which was 7 p.m. on December 5, EST. Undersigned counsel has not had an opportunity to discuss this matter with Ms. Torres, nor has she had an opportunity to review either a transcript of the hearing at which the request for the subpoena was made or the transcript of the testimony that apparently formed the basis for this request. Undersigned counsel will be boarding a flight to the U.S. at 10:30 a.m., EST, Friday, December 7, 2007. Given

that fact, and the 13-hour time difference, undersigned counsel will be unable to address the issues raised by this subpoena until she returns to Boston on Saturday, December 8.

Undersigned counsel is able to assert the following. The issuance of this subpoena affects obvious privacy interests of Ms. Torres, as it apparently is directed to her personal telephone records. In addition, since Ms. Torres currently is a defendant in a criminal case pending in the District of Massachusetts, undersigned counsel is concerned that these records also could provide the government with evidence against her. Therefore, undersigned counsel respectfully requests that no party be provided access to these records until undersigned counsel has an opportunity to confer with her client and be heard by this Court.

LISA TORRES
By her attorney,

/s/ Miriam Conrad

Miriam Conrad
B.B.O. #550223
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document was hand-delivered to Sandra Beckner, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and mailed to Thomas Briody, Esquire,72 Pine Street, 2nd Floor, Providence, RI 02903, George West, Esquire, One Turks Head Place, Suite 312, Providence, RI 02903 on December 6, 2007.

/s/ Miriam Conrad

Miriam Conrad