AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Eudy Antonio Tejada-Pickardo, Ricardo Mejia

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR07-05-01+02

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | T. Briody + G. West |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| December 7, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12-7-07 | ID | | Phone logs and Cover letter dated 12/5/07 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.