UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff

v. CR07-05-01-02S

Eudy Antonio Tejada Pichardo and
Ricardo Mejia
Defendant

**ORDER**

The United States Marshals Office is hereby Ordered to release the photo of Roberto Olivo to defense counsel in the above captioned case.

BY ORDER:

Karen Baldwell

DEPUTY CLERK

ENTER:

WSmith

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 12/7/07