To whom it may concern:

My name is María Pichardo, and I am Eudy Tejada's aunt. In this letter I would like to say that when he lived in this country, my nephew always worked hard to support our family. He worked for the most part as a farm hand. Ours is a poor, but honest family. Eudy has always been interested in helping the family, the neighbors, and his friends. With this in mind, and with his heart full of hope and faith in God, he left home in search of a better future. He wanted to support his daughter, my brother-in-law, and the rest of the family. He wanted his daughter to have an education, and he wanted to help my sister, who is currently in a wheelchair after learning of his present situation. My sister is still alive, and I thank God for that. She clings to the hope of seeing her son again; she has faith that the Heavenly Father will make it possible for her to see her son again, even if only for one more time. Thank you and may the Lord Jesus Christ bless you.

Sincerely,

María Pichardo