Wilton Cortorrear Vasquez

As a brother, I would like to say how much we need him here at home, to help with the house and to help Kenia with the household chores. We need help with the household expenses and with the cost of my mother Terma's medicines. I call her mother because she was the one who raised me.

I am responsible for the house. We also have three children in the house that we need to take care of. I have to take them to school and bring them back home. I cannot go out to work, because our mother, Terma, is paralyzed, and I need to stay home to help my sister Kenia. Our mother needs help bathing and being carried around from one place to another. My sister and I need help with this, so we need Eudy here as soon as possible. With my brother here, we both will help, as I myself cannot do it all.

Sincerely,

Wilton Cortorrear Vasquez