Honorable Judge:

I write you this letter to ask for your help in the case of Eudy Antonio Tejada. I am his youngest sister, Kenia Tejada, and I have two children of my own and take care of Eudy's daughter. I also look after our mother, who is sick. She was stricken by thrombosis when she learned that her son was in jail. Now she is paralyzed. I need to have Eudy here to help me, as we have a crisis here and he is the only one on whom I can rely for support. I pray to God that you will consider this situation.

I hope you can help us.

Sincerely,

Kenia Tejada